COMMONWEALTH *vs.* ANNA WILSON.

The thirty-second rule of this court, regulating the mode of establishing the truth of disallowed exceptions, applies to criminal equally with civil cases.

INDICTMENT for larceny from the person. In the superior court, after a verdict against the defendant, exceptions were allowed, which she waived at the argument in this court, when she filed a petition for leave to establish the truth of other exceptions disallowed below. The attorney general objected on the ground that he had received no notice of the petition in conformity with the thirty-second rule of this court, which provides that "in all cases " " no party shall be allowed to establish the truth of any such allegations in this court if he shall have failed to " " give notice of said petition to the adverse party by delivering a copy thereof to him or to the attorney of record ten days at least before " " the term of the court at which the exceptions would by law have been entered if duly signed and allowed." The fact that no such notice had been given was admitted by *F. F. Heard,* who appeared for the defendant and argued that the rule was limited to civil cases.

CHAPMAN, C. J. It is settled that in a civil action a petition for leave to establish in this court the truth of exceptions which have not been allowed by the superior court must be dismissed, if the petitioner has not given ten days' notice before the time in the term when the exceptions would have been entered if they had been allowed, in conformity with the rule of this court *Elwell* v. *Dizer,* 1 Allen, 484. The rule applies equally to crim inal cases. *Petition dismissed.*